# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Fromme, et al, **PLAINTIFF(S)** v. Just Born, Inc., **DEFENDANT(S).** | **CASE NUMBER** 2:17-cv-07373 ODW (KSx) **ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1** (Magistrate Judge Related Cases) |

[This form shall be used only in cases which do not qualify for direct assignment to the most recently assigned magistrate judge (see General Order 05-07).]

## CONSENT

I hereby consent to transfer of the above-entitled case ☐ as to matters referred pursuant to General Order 05-07 ☒ as to any discovery matters that are or may be referred to a Magistrate Judge to my calendar pursuant to Local Rule 83-1.3.1 and General Order 16-05.

_October 11, 2017_
Date

_Patrick J. Walsh_
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States Magistrate Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _2:17-cv-01826 BRO (PJWx)_ and the present case:

☑ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges.

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials _(PJWx)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:17-cv-07373 ODW (PJWx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34A (11/16)   ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)