**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FROMME and BIRDIE DUBOIS, individually and on behalf of all others similarly situated, and the general public,<br><br>        Plaintiffs,<br><br>    v.<br><br>JUST BORN, INC., a New York corporation,<br><br>        Defendant. | Case No. 2:17-cv-07373<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE  PURSUANT TO
FED. R. CIV. P. 41(a)(1)(A)(i)

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD**:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action against Defendant Just Born, Inc. WITHOUT PREJUDICE.

Date: October 18, 2017

By: */s/ Ronald A. Marron*

**LAW OFFICES OF RONALD A. MARRON**

RONALD A. MARRON
MICHAEL T. HOUCHIN
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665
*Counsel for Plaintiffs and the Proposed Class*